IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



SPANSION LLC, )
)
Plaintiff, )
)
v. )  Civil Action No. 1:10-cv-881
)
SAMSUNG ELECTRONICS CO., LTD.,)
et al., )
Defendants. )

## ORDER

This matter comes before the Court on the Samsung Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). For the reasons stated from the bench, it is hereby

ORDERED that the Defendants' Motion to Transfer Venue is DENIED.

/s/
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 22, 2010